IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**HECKLER & KOCH, INC.**                                                         **PLAINTIFF**

      V.                          NO. 2:10-MC-00003

**GAMO Outdoor USA, INC.**                                            **DEFENDANT**

<u>**O R D E R**</u>

Before the court is a Motion to Quash and Objections to Production of Documents (Doc. 1) filed February 3, 2010 by UMAREX USA, INC. and Justin Biddle.

UMAREX USA, INC. and Justin Biddle are not parties to the suit between HECKLER & KOCH and GAMO (1:08-cv-01707, Southern District of Indiana) but have relevant information. The court set the matter for a telephone conference on April 13, 2010 which was attended by Brian McGinnis, Darlene Seymour and Jonathan Polack representing HECKLER; Jonna Reilly representing GAMO; and Greg Smith representing UMAREX.

The Parties represented to the court that negotiations were ongoing between the parties and that discovery had been voluntarily stayed pending settlement discussions and that all parties desired to suspend the pending motion by UMAREX in light of the ongoing discussions.

The Motion to Quash and Objections to Production (Doc. 1) is stayed without prejudice pending the conclusion of the settlement proceedings in the case of HECKLER & KOCH and GAMO in the Southern District of Indiana. (1:08-cv-01707).

IT IS SO ORDERED this April 13, 2010.

                                                         /s/ *J. Marschewski*

HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE